# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

VALERIE KRONES                                                              PLAINTIFF

V.                  **Case No. 3:11-CV-00035 JTK**

MICHAEL J. ASTRUE, Commissioner,                     DEFENDANT
Social Security Administration

## FINAL JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the final determination of the Commissioner is AFFIRMED and Plaintiff's case is DISMISSED WITH PREJUDICE.

SO ADJUDGED this 8th day of February, 2012.

_____
UNITED STATES MAGISTRATE JUDGE